[No. 9117-4-I.   Division One.   November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS S. BENTLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-00729-3, George H. Revelle, J., entered July 8, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Corbett, J.

[No. 8779-7-I.   Division One.   November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD LEE WEBER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-02062-8, Carolyn R. Dimmick, J., entered May 1, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James, C.J., and Andersen, J.

[No. 8672-3-I.   Division One.   November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME DALE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01071-1, Nancy A. Holman, J., entered April 1, 1980. *Affirmed.* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Durham, JJ.